## MATTHEWS v. NEFSY.

APPEAL AND ERROR—RECORD—ARRANGEMENT OF PAPERS.

1. Plaintiff in error having caused the papers composing the
   record to be rearranged and certified pursuant to the rules,
   after submission and before decision of a motion to compel
   the same. *Held,* (1) that the motion will be treated as
   confessed, and defendant in error granted time to file
   briefs on the merits; and, (2), that the failure to comply
   with the rules as to arrangement of the papers in the first
   instance not appearing to have resulted from wilful neglect,
   but from a misunderstanding of the clerk of the court
   below, no penalty would be imposed.

[Decided December 2, 1904.]                (78 Pac., 664.)

ERROR to the District Court, Crook County, HON. JOSEPH
L. STOTTS, Judge.

On motion to compel rearrangement and separate au-
thentication of the original papers and the transcript of
journal entries.

*Nichols & Adams* and *Van Cise & Grant,* for plaintiff
in error.

*H. A. Alden* and *E. E. Enterline,* for defendant in error.

PER CURIAM.

A motion filed in this cause to require the original papers
and transcript of the journal entries to be arranged and
certified in accordance with rules eleven and twelve was
presented and taken under advisement. It now appears that
within a few days thereafter counsel for plaintiff in error
caused the papers and transcript to be rearranged and
certified.

It does not appear that there was any such wilful neglect
or disregard of the rules as calls for the visitation of any
penalty. The difficulty with the original arrangement seems
to have been the result of misunderstanding of the require-
ments on the part of the clerk of the court below. The

motion was apparently well taken, and was in effect con-
fessed by a rearrangement, and will be treated as con-
fessed, at the costs of plaintiff in error. The papers having
been properly arranged and certified, an order will be en-
tered giving defendant in error forty-five days to file briefs
on the merits.